IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE | ) Case No.: 03-05765 |
| | ) |
| WOLFORD GROUP, INC. | ) FILE UNDER REPORT OF TRUSTEE |
| | ) 3011 |
| Debtors | ) |

REPORT OF TRUSTEE UNDER BANKRUPTCY RULE 3011
FOR UNCLAIMED FUNDS

    COMES NOW the Trustee, Wesley B. Huisinga, and for this report of trustee under Bankruptcy Rule 3011 for unclaimed funds, states as follows:

    1.    No funds or assets of the estate will remain after payment of unclaimed dividends including small dividends to the Court Registry as follows:

| Claim No. | ck no | Creditor Name & Address | Claim Amount | Percentage Paid | Amount of Dividend |
|---|---|---|---|---|---|
| 00001 | 43 | The Building Inspectors<br>223 S Main St.<br>Grimes, IA  50111 | $2,330.00 | 0.39% | $9.20 |
| 00005 | 45 | Terri Goforth<br>1416 Clinton<br>Des Moines, IA  50303 | $67,000.00 | 0.39% | $264.53 |
| 00011 | 206 | Transit Bench<br>P.O. Box 12011<br>Des Moines, IA  50312 | $5,344.21 | 0.39% | $21.10 |
| 00012 | 50 | David and Amanda Mason<br>460 52nd Place<br>West Des Moines, IA  50265 | $102,279.77 | 0.39% | $403.82 |
| 00018A | 160 | Peter and Debra Clay<br>8746 NW 54th Ave.<br>Johnston, IA  50131 | $2,100.00 | 100% | $2,100.00 |
| 00018B | 161 | Peter and Debra Clay<br>8746 NW 54th Ave.<br>Johnston, IA  50131 | $1,900.00 | 0.39% | $7.50 |

| 00024 | 59 | James & Donna John<br>1210 22nd St.<br>Wes Des Moines, IA  50265 | $5,000.00 | 0.39% | $19.74 |
|---|---|---|---|---|---|
| 00025 | 175 | Stella M. Harris<br>4256 Jamie Ct.<br>Indianapolis, IN  46226 | $54,000.00 | 0.39% | $213.20 |
| 00027 | 62 | James D. Campbell<br>2400 SE 17th St.<br>Des Moines, IA  50320 | $2,580.00 | 0.39% | $10.19 |
| 00026 | 194 | Patrick and Tammy Shehan<br>8510 Martin Way E. #6<br>Olympia, WA 98516 | $13,000.00 | 0.39% | $51.33 |
| 00035 | 179 | Max Constable<br>Mary Cash<br>5157 Johnson Ave., SW, Apt 4<br>Cedar Rapids, IA  52404 | $72,000.00 | 0.39% | $284.27 |
| 00038 | 69 | Melissa (Overton) Walker<br>803 Williams<br>Des Moines, IA  50317 | $14,000.00 | 0.39% | $55.27 |
| 00040 | 71 | Phillip and Norma Countryman<br>3023 62nd St.<br>Des Moines, IA  50322 | $3,000.00 | 0.39% | $11.84 |
| 00049 | 79 | Jeff May<br>5614 Francis Ave.<br>Des Moines, IA  50310 | $6,000.00 | 0.39% | $23.69 |
| 00051 | 183 | Karen R. Kincel<br>426 Palomino Pkwy<br>Des Moines, IA  50320 | $11,800.00 | 0.39% | $46.59 |
| 00052A | 18 | Sonja McMillian<br>6221 N 42nd St<br>Omaha, NE  68111 | $2,100.00 | 100% | $2,100.00 |
| 00052B | 82 | Sonja McMillian<br>6221 N 42nd St.<br>Omaha, NE  68111 | 3,980.00 | 0.39% | $15.71 |

| | | | | | |
|---|---|---|---|---|---|
| 00055 | 85 | Kevin L. Girkin<br>307 11th St. SW<br>Waverly, IA 50677 | $61,000.00 | 0.39% | $240.84 |
| 00056 | 19 | Dorothy Denson<br>2319 SE 5th<br>Des Moines, IA 50315 | $2,000.00 | 100% | $2,000.00 |
| 00057 | 86 | Barbara A. Kwansniewski<br>2318 Deepark Blvd<br>Omaha, NE 68108 | $2,806.13 | 0.39% | $11.08 |
| 00061 | 90 | Donna J. Nash<br>2524 E. Tiffin Ave.<br>Des Moines, IA 50317 | $4,431.00 | 0.39% | $17.49 |
| 00062 | 91 | John & Bernadette Peterson<br>701 Adirondack Place<br>Garner, NC 27529 | $160,000.00 | 0.39% | $631.71 |
| 00064 | 92 | Robert and Dena McVey<br>335 NE 56th St.<br>Pleasant Hill, IA 50327 | $14,000.00 | 0.39% | $55.27 |
| 00067 | 95 | Central IA Bldg Maint.<br>312 S. Douglas<br>Afton, IA 50830 | $1,733.10 | 0.39% | $6.84 |
| 00072B | 99 | Greg Rappert and Dana Jackson<br>3930 Douglas Ave.<br>Des Moines, IA 50310 | $2,900.00 | 0.39% | $11.45 |
| 00072A | 22 | Greg Rappert and Dana Jackson<br>3930 Douglas Ave<br>Des Moines, IA 50310 | $2,100.00 | 100% | $2,100.00 |
| 00085 | 111 | Christine Parchem<br>17 Cheswald Blvd, No. 1B<br>Newark, DE 19713 | $7,920.91 | 0.39% | $31.27 |
| 00087 | 113 | Cheryl L. Lindholm<br>c/o Wendell J. Harms<br>111 3rd St.<br>Des Moines, IA 50309 | $92,994.44 | 0.39% | $367.16 |

| | | | | | |
|---|---|---|---|---|---|
| 00090A | 27 | Kristin Daugherty<br>1045 68th St #4<br>West Des Moines, IA 50266 | $2,100.00 | 100% | $2,100.00 |
| 00090B | 115 | Kristin Daugherty<br>1045 68th St., #4<br>Wes Des Moines, IA 50266 | $25,900.00 | 0.39% | $102.26 |
| 00091 | 116 | Mohammed and Kitisha Jackson<br>5171 Salem Drive<br>Stone Mountain, CA 30087 | $88,500.00 | 0.39% | $349.42 |
| 00092 | 117 | Hazel Jones<br>2710 E. Douglas<br>Des Moines, IA 50317 | $14,256.11 | 0.39% | $56.28 |
| 00093 | 118 | Carolyn Lewis<br>P.O. Box 16071<br>Des Moines, IA 50316 | $59,000.00 | 0.39% | $232.94 |
| 00097A | 199 | Rhonda Wenzel<br>2615 NE 134th Avenue<br>Elkhart, IA 50073 | $2,100.00 | 100% | $2,100.00 |
| 00097B | 200 | Rhonda Wenzel<br>2615 NE 134th Avenue<br>Elkhart, IA 50073 | $29,900.00 | 0.39% | $118.05 |
| 00100A | 174 | Stella M. Harris<br>4256 Jamie Ct.<br>Indianapolis, IN 46226 | $2,100.00 | 100% | $2,100.00 |
| 00100B | 176 | Stella M. Harris<br>4256 Jamie Ct.<br>Indianapolis, IN 46226 | $51,900.00 | 0.39% | $204.91 |
| 00103 | 128 | David D. Dobson<br>2505 SW 35th St.<br>Ankeny, IA 50021 | $78,000.00 | 0.39% | $307.96 |
| 00104 | 129 | Warnda R. Woodley<br>3010 Castleberry Ct.<br>Charlotte, NC 28209 | $154,812.12 | 0.39% | $611.23 |

| 00105 | 130 | Sarah Elder<br>3402 SW Fairway Circle<br>Ankeny, IA  50021 | $5,533.70 | 0.39%<br>130 | $21.85 |
|---|---|---|---|---|---|
| 00108A | 32 | Joseph P. Lydic and Stephanie P. Lydic<br>819 Boyd St<br>Des Moines, IA 50316 | $2,100.00 | 100% | $2,100.00 |
| 00108B | 132 | Joseph P. and Stephanie P. Lydic<br>819 Boyd St.<br>Des Moines, IA  50316 | $1,400.00 | 0.39% | $5.52 |
| 00109 | 133 | Jim Hensley<br>4700 Fairview<br>Des Moines, IA  50317 | $36,312.50 | 0.39% | $143.37 |
| 00111A | 155 | Ruth Ann Allbee<br>315 McKinley, #32<br>Des Moines, IA  50315 | $2,100.00 | 100% | $2,100.00 |
| 00111B | 156 | Ruth Ann Allbee<br>315 McKinley, #32<br>Des Moines, IA  50315 | $16,390.00 | 0.39% | $64.71 |
| 00115 | 138 | Steve Putz<br>c/o Jon Hoffmann, Whitfield & Eddie<br>317 Sixth Ave., Ste 1200<br>Des Moines, IA  50309-4195 | $4,642.69 | 0.39% | $18.37 |
| 00126 | 173 | Mark A. Elcock<br>Tara M. Elcock<br>7922 105th Lane<br>Indianola, IA  50125 | $6,250.00 | 0.39% | $24.68 |
| 00128 | 191 | John & Tifany Petermeier<br>824 9th Street<br>Des Moines, IA  50265 | $6,900.00 | 0.39% | $27.24 |
| 00131A | 177 | Damon Lewis Adrienne Brown<br>2012 SE Evergreen Dr.<br>Des Moines, IA  50320 | $2,100.00 | 100% | $2,100.00 |

| 00131B | 178 | Damon Lewis Adrienne Brown<br>2012 SE Evergreen Dr.<br>Des Moines, IA  50320 | $6,200.00 | 0.39% | $24.48 |
|---|---|---|---|---|---|
| 00139A | 41 | Juan Colunga<br>1842 SE Pleasant View Circle<br>Des Moines, IA  50320 | $2,100.00 | 100% | $2,100.00 |
| 00143A | 42 | Cesar M. Morales<br>910 Arthur Avenue<br>Des Moines, IA  50316 | $2,100.00 | 100% | $2,100.00 |
|  |  |  |  |  | $30,224.36 |

    WHEREFORE, the trustee, Wesley B. Huisinga, files his Report Under Bankruptcy Rule 3011 for Unclaimed Funds.

/s/ Wesley B. Huisinga
Wesley B. Huisinga  ID No. IS9999360
SHUTTLEWORTH & INGERSOLL, PC
500 Firstar Bank Building
115 Third Street SE
P O B ox 2107
Cedar Rapids, IA  52406-2107
(319) 365-9461 Phone
(319) 365-8564 Fax
wbh@shuttleworthlaw.com